IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BETH STEWART and E.S., a minor child,
by and through his next friend,
BETH STEWART,

      Plaintiff,

  -vs-

BYRON MOLITOR,

      Defendant.           NO. 09-CV-1060-DRH

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.** This matter is before the court for the purpose of docket control.

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on August 12, 2011, this case is **DISMISSED** with prejudice.

                        NANCY J. ROSENSTENGEL,
                        CLERK OF COURT

                        BY:      */s/Sandy Pannier*
                                    Deputy Clerk

Dated: October 21, 2011

Digitally signed by David R. Herndon
Date: 2011.10.21 16:25:04 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT